UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY ALEXANDER CEVALLOS TORRES,<br>Petitioner,<br>v.<br>DHS OPLA,<br>Respondent. | Case No. 5:26-cv-03546 KK (AYP)<br><br>JUDGMENT |

It is hereby adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order Granting the Petition (Dkt. No. 11), and Respondent is (1) ordered to immediately release Jimmy Alexander Cevallos Torres (A# 241-053-912), from custody subject to the same conditions as his most recent bond order; (2) ordered to return any confiscated property and documents to Petitioner upon his release; (3) enjoined from re-detaining Petitioner under 8 U.S.C. § 1226 without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required; and (4) ordered to file a status report regarding its compliance with this Order no later than three (3) court days of Petitioner's release. (JS-6)

Dated: August 26, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge

CC: BOP/USMED/IMMRELEASE